UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jack Pope | * | JURY TRIAL DEMANDED |
| 11813 Milbern Dr. | * | Civ. Action No. |
| Potomac, MD 20854 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| American College of Physicians, Inc. | * | |
| 190 N. Independence Mall West | * | |
| Philadelphia, PA 19106 | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT

Plaintiff, by and through his undersigned counsel, complains of the defendant as follows:

### JURISDICTION AND VENUE

1. This Court has federal question jurisdiction over the federal claims asserted herein pursuant to the Americans with Disabilities Act (42 USC 12131 et seq) ("ADA"). and supplemental jurisdiction over the state law breach of contract claim.

2. This action was filed within 90-days following Plaintiff's receipt of a notice of right to sue from the EEOC.

3. Venue is proper because the alleged wrongful acts occurred in the District of Columbia and Defendant employed Plaintiff in the District of Columbia.

### PARTIES

4. Plaintiff Jack Pople resides at 11813 Milbern Drive, Potomac, MD 20854.

5. Defendant American College of Physicians, Inc. is a corporation that has its principal place of business at 190 N. Independence Mall West, Phila., PA 19106,

employs more than 50-persons, and formerly employed the Plaintiff.

## FACTS

6. Plaintiff is a qualified disabled individual within the meaning of the ADA because he suffers from a mental and physical impairment that substantially limits one or more of his major life activities.

7. Plaintiff was formerly employed by Defendant as Director of Public Affairs from December 14, 1998 to April 19, 2005.

8. During his former employment, Plaintiff requested and was granted reasonable accommodations for his disabilities, and in connection therewith, provided Defendant with confidential medical information about his disabilities.

9. Plaintiff and Defendant agreed to terminate Plaintiff's employment as of April 29, 2005 pursuant to a written agreement (the "Agreement").

10. The Agreement prohibited either party from making any defamatory or derogatory statements to any third parties either relating to Plaintiff, his employment, or that would be considered to be harmful to Plaitniff, or that would be considered harmful to the reputation or standing of Plaintiff.

11. The Agreement also prohibited Defendant from providing any information about Plaintiff to prospective employers except for dates of employment, salary and title.

12. The ADA imposes strict limitations on who may access medical information in an employer's possession when it relates to actual or possible disabilities. Specifically, the ADA provides that supervisors, managers and first aid/safety personnel may have access to certain of this information on a need-to-know basis. The only other person who should be allowed access, according to the ADA, is a

governmental official investigating compliance with the ADA. 42 U.S.C. &#sect; 12112(d)(3).

13. Plaintiff applied for a job as a voice/graphic language analyst with the U.S. National Security Agency, Central Security Service.

14. The U.S. National Security Agency, Central Security Service extended a conditional offer of employment to Plaintiff in or about December 2005 subject to a background investigation.

15. Plaintiff provided the U.S. National Security Agency, Central Security Service investigator with an authorization that permitted his former employers to disclose information about his activities at work but that authorization did not authorize disclosure of derogatory, disparaging and false information, and also did not authorize former employers to disclose information about his medical condition. Plaintiff provided the investigator with separate and specific authorizations directed to his health care providers for the disclosure of his medical information.

16. On information and belief, in or about January 2006, Defendant unlawfully disclosed confidential medical information about Plaintiff's disabilities to third parties without his consent.

17. On information and belief, in or about January 2006, Defendant also unlawfully made defamatory or derogatory statements to third parties relating to Plaintiff, his employment, and that would be considered to be harmful to Plaintiff, his reputation or standing of Plaintiff. Defendant also disclosed information to third parties about Plaintiff to prospective employers beyond his dates of employment, salary and title.

18. The foregoing conduct caused Plaintiff to suffer economic and non economic harm,

including, on information and belief, the loss of the job he had applied for.

19. By and through its conduct, Defendant breached the Agreement, violated the ADA prohibition on disclosure of medical information, and violated the ADA's prohibition against retaliating against a person who exercised his rights under the law.

20. Plaintiff has sustained damages consisting of pain and suffering, emotional distress, lost/front wages and benefits, as a result of the unlawful conduct of the defendant.

21. Defendant acted with malice, in bad faith, and in reckless disregard of Plaintiff's civil rights.

## COUNT 1

22. Plaintiff repeats and realleges the allegations set forth in paragraphs 1-20.

23. By and through its conduct, defendant breached the Agreement.

## COUNT 2

24. Plaintiff repeats and realleges the allegations set forth in paragraphs 1-23.

25. By and through its conduct, defendant violated the ADA by unlawfully disclosing Plaintiff's confidential medical information to third parties.

## COUNT 3

26. Plaintiff repeats and realleges the allegations set forth in paragraphs 1-25.

27. By and through its conduct, defendant violated the ADA by retaliating against Plaintiff for exercising his right to request reasonable accommodations.

## JURY DEMAND

Plaintiff demands a trial by jury on all counts.

WHEREFORE, Plaintiffs prays that this Court enter judgment in his favor and against Defendant on Counts 1-3 and provide him with the following relief;

(a) Lost wages/benefits, and front wages/benefits to age 65, compensatory damages for pain and suffering, emotional distress, and mental anguish in amounts to be determined at trial, but not less than $1,000,000;

(b) enjoin Defendant from discriminating or retaliating against Plaintiff in the future;

(c) enjoin Defendant from breaching the Agreement in the future;

(d) punitive damages in an amount to be determined at trial

(e) the costs of this suit and reasonable attorneys' fees;

(f) the amount of tax on any award; and

(f) award such other relief as the court deems just and fair.

Date:  June 6, 2007

Alan Lescht and Assoc., P.C.

_____
Alan Lescht
Susan Kruger
1050 17th St., N.W., Suite 220
Wash., D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

5

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Jack Pope

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF — montgomery
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
American College of Physicians, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alan Lescht, Esq., Alan Lescht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., DC 20036
202-463-6036

Case: 1:07-cv-01023
Assigned To : Lamberth, Royce C.
Assign. Date : 6/7/2007
Description: Employ. Discrim.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ⊗ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
⊗ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
violation of ADA (42 usc 12131) and breach of contract

VII. REQUESTED IN COMPLAINT   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 1,000,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

VIII. RELATED CASE(S) IF ANY   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 6-6-07   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.