## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JACK POPE,

                    **Plaintiff,**

        *v.*                                              Civil Action No. 1:07cv01023-RCL

**AMERICAN COLLEGE OF PHYSICIANS,**
        **INC.,**

                    **Defendant.**

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE PLEAD

Defendant American College of Physicians, Inc. ("Defendant"), by and through its undersigned counsel of record, moves for an extension of time to answer or otherwise plead through and including Friday, July 27, 2007, and in support thereof states as follows:

1.    The Complaint in this case was filed on June 7, 2007.

2.    Defendant's counsel has just recently been retained to defend this matter, and needs additional time to investigate adequately the allegations and prepare an appropriate response.

3.    As no scheduling order has yet issued, the requested extension will not unduly delay the progress of this case.

4.    No prior extensions have been requested or granted.

5.    Counsel for Plaintiff, Alan Lescht, has informed counsel for Defendant that he has no objection to the requested extension of time.

6.    Accordingly, Defendant requests an extension through and including Friday, July 27, 2007, to answer or otherwise plead.

WHEREFORE, Defendant respectfully requests that its consent motion be granted, and that it be given through and including Friday, July 27, 2007 to answer or otherwise plead.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.


_____/s/_____
Frank C. Morris, Jr.
Bar No. 211482

_____/s/_____
Brian Steinbach
Bar No. 256727

1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
Attorneys for Defendant AARP

DATED: June 27, 2007

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Consent Motion to Extend Time to Answer or Otherwise Plead was served this 27th day of June, 2007, by electronic service, on the following:

> Alan Lescht
> Susan Kruger
> Alan Lescht and Assoc., P.C.
> 1050 17th St., N.W., Suite 220
> Washington, D.C. 20036
>
> Attorney for Plaintiff

> _____/s/_____
> Brian Steinbach
> D.C. Bar No. 256727