UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK POPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1023 (RCL) |
| ) | |
| AMERICAN COLLEGE OF ) | |
| PHYSICIANS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's consent motion [2] for an extension of time to answer or otherwise respond to plaintiff's complaint, it is hereby

ORDERED that defendant's motion [2] is GRANTED; and it is further

ORDERED that defendant shall have through and including Friday, July 27, 2007, to answer or otherwise respond to plaintiff's complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.