AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JACK POPE,

      Plaintiff(s)   )   **APPEARANCE**

      vs.   )   CASE NUMBER   1:07cv01023-RCL

AMERICAN COLLEGE OF PHYSICIANS, INC.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Minh N. Vu, Esq.__ as counsel in this
          (Attorney's Name)

case for: __American College of Physicians, Inc.__
          (Name of party or parties)

7/27/2007
Date

*[signature]*
Signature

444305
BAR IDENTIFICATION

Minh N. Vu
Print Name

1227 - 25th Street, NW
Address

Washington, DC 20037
City   State   Zip Code

202 861 1841
Phone Number