## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACK POPE,**<br><br>                **Plaintiff,**<br><br>v.<br><br>**AMERICAN COLLEGE OF PHYSICIANS, INC.,**<br><br>                **Defendant.** | **Civil Action No. 1:07cv01023-RCL** |

## MOTION OF DEFENDANT
## AMERICAN COLLEGE OF PHYSICIANS, INC.
## TO FILE DOCUMENTS UNDER SEAL

Pursuant to Federal Rule of Civil Procedure Local Civil Rule 5.1(j), Defendant

American College of Physicians, Inc. ("ACP") moves for leave to file under seal Exhibits

1 and 2 to the Declaration of Robert Dougherty filed in support of ACP's Motion to

Dismiss. Exhibit 1 is a confidential agreement between the parties to this lawsuit, and

Exhibit 2 is a letter containing confidential medical information.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.


_____/s/_____
Frank C. Morris, Jr.
Bar No. 211482


_____/s/_____
Minh N. Vu
Bar No. 444305
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
Attorneys for ACP
American College of Physicians, Inc.

DATED: July 27, 2007

DC:1049383v1

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served this 27th day of July, 2007, by electronic service, on the following:

> Alan Lescht
> Alan Lescht and Assoc., P.C.
> 1050 17th St., N.W., Suite 220
> Washington, D.C. 20036
>
> Attorney for Plaintiff

_____/s/_____
Minh N. Vu
D.C. Bar No. 444305

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACK POPE,**<br><br>                    **Plaintiff,**<br><br>       **v.**<br><br>**AMERICAN COLLEGE OF PHYSICIANS,**<br>    **INC.,**<br><br>                    **Defendant.** | **Civil Action No. 1:07cv01023-RCL** |

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Defendant American College of Physicians, Inc.'s ("ACP") Motion to file under seal Exhibits 1 and 2 to the Declaration of Robert Doherty, it is

ORDERED, that ACP's Motion is hereby granted in its entirety, and these Exhibits shall be accepted for filing under seal.

Date: _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Proposed Order was served this 27th day of July, 2007, by electronic service, on the following:

> Alan Lescht
> Alan Lescht and Assoc., P.C.
> 1050 17[th] St., N.W., Suite 220
> Washington, D.C. 20036
>
> Attorney for Plaintiff

_____/s/_____
Minh N. Vu
D.C. Bar No. 444305