IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK POPE,<br><br>                    **Plaintiff,**<br><br>v.<br><br>AMERICAN COLLEGE OF PHYSICIANS, INC.,<br><br>                    **Defendant.** | Civil Action No. 1:07cv01023-RCL |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND
FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF
THE MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 7(b) Local Civil Rule 7, Plaintiff Jack Pope and Defendant American College of Physicians, Inc. ("ACP") jointly move for an extension of time for the filing of documents in connection with Defendant's Motion to Dismiss which was filed on July 27, 2007. The parties propose the following briefing schedule in lieu of the schedule set forth in LCvR 7, as follows:

| Filing | Proposed Deadline |
|---|---|
| Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss | September 4, 2007 |
| Defendant's Reply Memorandum in Support of its Motion to Dismiss | September 17, 2007 |

The parties are requesting the extension to accommodate their counsels' pre-existing vacation schedules and other commitments.

DC:1054382v1

1

DATED: July 31, 2007				Respectfully submitted,

						EPSTEIN BECKER & GREEN, P.C.


						_____/s/_____
						Frank C. Morris, Jr.
						Bar No. 211482

						_____/s/_____
						Minh N. Vu
						Bar No. 444305
						1227 25th Street, N.W.
						Washington, D.C. 20037
						(202) 861-0900
						Attorneys for Defendant,
						American College of Physicians, Inc.


						ALAN LESCHT AND ASSOCIATES, P.C.


						_____/s/_____
						Alan Lescht
						Susan Kruger
						1050 – 17th Street, NW, Suite 220
						Washington, D.C.  20036
						(202) 463-6036
						Attorneys for Plaintiff Jack Pope

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACK POPE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**AMERICAN COLLEGE OF PHYSICIANS, INC.,**<br><br>    **Defendant.** | Civil Action No. 1:07cv01023-RCL |

## ORDER

Upon consideration of the Parties' Joint Motion for Extension of Time for Plaintiff to File His Opposition to Defendant's Motion to Dismiss, and for Defendant to File Its Reply in Support of the Motion to Dismiss, it is hereby

ORDERED that the Motion be GRANTED; and it is further

ORDERED that Plaintiff file his Memorandum in Opposition to Defendant's Motion to Dismiss on or before September 4, 2007, and Defendant file its Reply Memorandum in Support of its Motion to Dismiss on or before September 17, 2007.

SO ORDERED.

_____  _____
Royce C. Lamberth, United States District Judge  Date

DC:1054396v1

1