UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACK POPE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1023 (RCL) |
| AMERICAN COLLEGE OF PHYSICIANS, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the parties' joint motion [8] for an extension of time for plaintiff to file his opposition to defendant's motion to dismiss, and for defendant to file its reply in support of the motion to dismiss, it is hereby

ORDERED that the motion [8] is GRANTED; and it is further

ORDERED that plaintiff file his memorandum in opposition to defendant's motion to dismiss on or before September 4, 2007, and defendant file its reply memorandum in support of its motion to dismiss on or before September 17, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 6, 2007.