UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| JACK POPE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01023 |
| | ) Judge Royce C. Lamberth |
| AMERICAN COLLEGE OF PHYSICIANS, INC. | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above-entitled action.

2. I served the summons, complaint and initial order upon the defendant, by certified mail, return receipt requested, addressed to defendant's registered agent, Robert B. Doherty, 2011 Pennsylvania Avenue, NW, Washington, D.C. 20006. The return receipt is stapled below. *L on 6/14/07.*

_____
Ellen Lescht

Sworn to me before this ___7___ day of ~~July~~ August, 2007

_____
Notary Public

**Scott S. MacIntyre**
Notary Public, District of Co[lumbia]
My Commission Expires 6-30

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Mr. Robert B. Doherty
   2011 Penn. Ave, NW
   Washington, D.C.
   20006

**COMPLETE THIS SECTION ON DELIVERY**

Jack Pope

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Boulware                      6/14/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article (Transfer) 7005 0390 0006 3276 3759

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-15