IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK POPE,

                            Plaintiff,

        v.                                              Civil Action No. 1:07cv01023-RCL

AMERICAN COLLEGE OF PHYSICIANS,
        INC.,

                            Defendant.

## MOTION OF DEFENDANT AMERICAN COLLEGE OF PHYSICIANS, INC. TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

        Pursuant to Federal Rule of Civil Procedure Local Civil Rule 5.1(j), Defendant

American College of Physicians, Inc. ("ACP") moves for leave to file under seal its

Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss ("ACP

Reply Memorandum") and Exhibit 1 to the Second Declaration of Robert Doherty filed

in support of ACP's Motion to Dismiss.  The ACP Reply Memorandum references

information that may be considered confidential medical information and information

from a background investigation which has been filed under seal by Plaintiff.  Exhibit 1

to the Second Doherty Declaration references information relating to Plaintiff's medical

condition.   ACP has filed a redacted version of all documents filed under seal on the

Court's Electronic Case Filing system, and has served on Plaintiff's counsel by first class

mail all documents filed under seal.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

_____/s/_____
Frank C. Morris, Jr.
Bar No. 211482

_____/s/_____
Minh N. Vu
Bar No. 444305
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
Attorneys for ACP
American College of Physicians, Inc.

DATED: September 17, 2007

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served this 17th day of September, 2007, by electronic service, on the following:

Alan Lescht
Alan Lescht and Assoc., P.C.
1050 17th St., N.W., Suite 220
Washington, D.C. 20036

Attorney for Plaintiff

_____/s/_____
Minh N. Vu
D.C. Bar No. 444305

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK POPE, | |
| **Plaintiff,** | |
| **v.** | Civil Action No. 1:07cv01023-RCL |
| AMERICAN COLLEGE OF PHYSICIANS, INC., | |
| **Defendant.** | |

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Defendant American College of Physicians, Inc.'s ("ACP") Motion to file under seal its Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss and Exhibit 1 to the Second Declaration of Robert Doherty, it is

ORDERED, that ACP's Motion is hereby granted in its entirety, and these documents shall be accepted for filing under seal.

Date: _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Proposed Order was served this 17th day of September 2007, by electronic service, on the following:

Alan Lescht
Alan Lescht and Assoc., P.C.
1050 17th St., N.W., Suite 220
Washington, D.C. 20036

Attorney for Plaintiff

_____/s/_____
Minh N. Vu
D.C. Bar No. 444305