UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK POPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1023 (RCL) |
| ) | |
| AMERICAN COLLEGE OF ) | |
| PHYSICIANS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's motions [6] and [13] to file under seal, it is hereby

ORDERED that defendant's motion [6] be and is hereby GRANTED as the documents filed therein were properly sealed; it is further

ORDERED that defendant's motion [13] be and is hereby TEMPORARILY GRANTED.

Plaintiff, however, has not moved for leave to file under seal the information that he redacted himself and submitted under seal without authorization. This Court will therefore afford plaintiff an opportunity to move for leave to seal this information and show good cause for why it should be sealed within 10 days of this date. Oppositions and replies shall be due in accordance with the local rule. After ruling on plaintiff's motion for leave to seal, the Court will make a decision about whether portions of defendant's reply memorandum should be under seal.

In the meantime, the Court has determined that defendant's motion to dismiss will be granted in a separate order issued this date. The Court's memorandum opinion shall be at this time filed under seal pending final determination of what portion of the record may be properly

sealed.

    SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on March 31, 2008.