UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK POPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1023 (RCL) |
| ) | |
| AMERICAN COLLEGE OF ) | |
| PHYSICIANS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Motion [7] to Dismiss plaintiff's complaint, the opposition and reply thereto, the applicable law, the record herein, and for the reasons set forth in an accompanying Memorandum Opinion temporarily filed under seal pending resolution of what information is properly sealed, it is hereby

ORDERED that defendant's Motion [7] to Dismiss plaintiff's complaint be and is hereby GRANTED.  The complaint is hereby dismissed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2008.